**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094<br><br>THIS DOCUMENT RELATES TO ALL CASES<br><br>JUDGE KAREN SPENCER MARSTON |
| **TAMMI E. JOHNSON**,<br><br>Plaintiff,<br><br>v.<br><br>**NOVO NORDISK INC.**, and<br>**NOVO NORDISK A/S**,<br><br>Defendants. | COMPLAINT AND JURY DEMAND<br><br>CIVIL ACTION NO.: 2:26-cv-7832 |

**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff named below, by and through the undersigned counsel, files this *Short Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff adopts and incorporates by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 Ras) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiff files this *Short-Form Complaint* as permitted by Case Management Order ("CMO") No. 27 (ECF 503).

## IDENTIFICATION OF PARTIES

**Plaintiff(s)**

1. Full (first, middle, and last) name of Plaintiff injured/deceased due to use of GLP-1 RA Product(s): Tammi E. Johnson

2. If applicable, full name(s) and representative capacity of Plaintiff(s) alleging wrongful death claim: N/A.

3. If applicable, full name(s) of Plaintiff(s) alleging survival claims, as permitted under state law(s): N/A.

4. If applicable, full name(s) of Plaintiff(s) alleging loss of consortium or loss of services: N/A.

**Defendant(s)**

5. Plaintiff(s)/Decedent's Representative is/are suing the following Defendant(s) (check all that apply):

_X__Novo Nordisk Inc.

_X__ Novo Nordisk A/S

___ Eli Lilly and Company

___ Lilly USA, LLC

___ other(s) (identify): ________________________________________

**JURISDICTION AND VENUE**

6. City and state of Plaintiff(s)' current residence (or in a case brought on behalf of a Decedent, Decedent's last permanent residence): St. Louis, Missouri.

7. State where Plaintiff/Decedent was prescribed the GLP-1RA Product(s) at issue: Missouri.

8. State of Plaintiff's/Decedent's residence at time of their use of the GLP-1RA Product(s) at issue: Missouri.

9. City and state of Plaintiff(s)'/Decedent's residence at time of diagnosis of injury: St. Louis, Missouri.

10. Jurisdiction is based on:

__X__ diversity of citizenship pursuant to 28 U.S.C. § 1332

_____ other (plead in sufficient detail as required by applicable rules)

11. The District Court(s) where Plaintiff(s) might have otherwise filed this Short Form Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered: U.S. District Court for the Eastern District of Missouri.

12. Venue is proper in the District Court identified in Paragraph 11 because:

__X__ a substantial part of the events and omissions giving rise to Plaintiff(s) claims occurred there

_____ other (plead in sufficient detail as required by applicable rules)

13. If applicable, identify the citizenship of any additional Defendant(s) named above: N/A

14. Plaintiff/Decedent used the following GLP-1 RA Product(s) for which claims are being asserted in this case (check all that apply):

__X__ Ozempic (semaglutide)

_____ Wegovy (semaglutide)

_____ Rybelsus (oral semaglutide)

_____ Victoza (liraglutide)

_____ Saxenda (liraglutide)

_____ Trulicity (dulaglutide)

_____ Mounjaro (tirzepatide)

_____ Zepbound (tirzepatide)

_____ Other(s) (specify): ____________________________

15. To the best of Plaintiff(s)' knowledge, Plaintiff/Decedent used GLP-1 RA Product(s) during the following approximate date range(s) (month(s) and year(s)) (if multiple products, specify date range(s) for each product): August to September 2025.

**INJURIES AND DAMAGES**

16. To the best of Plaintiff(s)' knowledge, as a result of using GLP-1 RA Product(s), Plaintiff/Decedent suffered the following injuries, including their sequelae (check all that apply):

__X__ Gastroparesis

__X___ Other gastro-intestinal injuries (specify) – constipation, nausea/vomiting, low urine output, abdominal pain, elevated blood pressure

____ Ileus

_____ Ischemic Bowel/Ischemic Colitis

_____ Intestinal Obstruction

_____ Necrotizing Pancreatitis

_____ Gallbladder Injury (specify)

_____ Micronutrient Deficiency

_____ Wernicke's encephalopathy

_____ Aspiration

_____ Death

__X__ Additional/Other(s) (specify): acute kidney injury, premature supraventricular ectopy, premature ventricular ectopy, bradycardia.

17. Plaintiff's/Decedent's injuries occurred in approximately (month and year)? August/September 2025 and beyond.

18. In addition, as a result of Plaintiff's/Decedent's use of GLP-1 RA Product(s), Plaintiff(s) suffered personal and economic injuries, pain and suffering, emotional distress, mental aguish, and the following damages (check all that apply):

__X__ Injury to self

_____ Injury to person represented

__X__ Economic loss

_____ Wrongful death

_____ Survivorship

_____ Loss of services

_____ Loss of consortium

_____ other(s) (specify): ________________________________________

## CAUSES OF ACTION

19. In addition to adopting and incorporating by reference the Master Complaint as stated above, more specifically, Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

__X__ Count I: Failure to Warn – Negligence
__X__ Count II: Failure to Warn – Strict Liability
__X__ Count III: Breach of Express Warranty/Failure to Conform to Representations
__X__ Count IV: Breach of Implied Warranty
__X__ Count V: Fraudulent Concealment/Fraud by Omission
__X__ Count VI: Fraudulent/Intentional Misrepresentation
__X__ Count VII: Negligent Misrepresentation/Marketing
__X__ Count VIII: Strict Product Liability Misrepresentation/Marketing
__X__ Count IX: Innocent Misrepresentation/Marketing
__X__ Count X: Unfair Trade Practices/Consumer Protection (see below)
__X__ Count XI: Negligence
__X__ Count XII: Negligent Undertaking
______ Count XIII: State Product Liability Act (see below)
______ Count XIV: Wrongful Death
______ Count XV: Loss of Consortium
______ Count XVI: Survival Action
______ Other(s) (specify, and on separate pages, plead additional facts supporting any above claim in sufficient detail as required by applicable rules):

20. If Plaintiff(s) is/are asserting a claim pursuant to the unfair trade practices or consumer protection statutes of any jurisdiction as identified in Count X above:*

a. Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims: Mo. Ann. Stat. §§ 407.020(1), 407.025

b. Identify the factual allegations supporting those claims (by subsection, if applicable):

i. Section B1a

ii. Section D1

iii. Section F

iv. Section H1-2

v. Section I1-6

vi. Section J1-5

***Plaintiffs asserting any such claims are on notice that "failure to identify [these claims] with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 74 n.33.***

21. If Plaintiff(s) is/are asserting a claim pursuant to the Product Liability Act ("PLA") of any jurisdiction as identified in Count XIII above:*

a. Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims: N/A

b. Identify the legal theories identified in Paragraph 19 above (e.g. negligent failure to warn, fraud, etc.) that are subsumed within Plaintiff(s)' PLA claim: N/A

c. Identify the factual allegations supporting those claims: N/A

***Plaintiffs asserting any such PLA claims are on notice that "failure to identify the PLA claims with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 76 n.35.***

22. If pre-suit notice is required by statute, did Plaintiff(s) provide some form of pre-suit notice to Defendant(s)? N/A. If so, attach such notice. N/A.

## RELIEF

Plaintiff prays for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the Master Complaint, as appropriate, and any additional relief to which Plaintiff(s) may be entitled.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims triable by jury in this action.

Date: October 13, 2026

RESPECTULLY SUBMITTED,

*/s/ Amy Collignon Gunn*
Amy Collignon Gunn, MO #45016
Edna Besic, MO #76991
GUNN | SLATER
7777 Bonhomme Ave, Ste. 1600
Clayton, MO 63105
Phone: 314-400-2704
Fax: 314-806-1147
agunn@gunnslater.com
ebesic@gunnslater.com
***Attorneys for Plaintiff***